UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS PAZ-VILLAGOMEZ,

    Plaintiffs,

    v.

THE STEP2 COMPANY, LLC,

    Defendants.

Case No. 20-cv-00606-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: **October 2, 2020 at <u>3:00 PM.</u>**
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  **July 9, 2020**

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF: **January 19, 2021**

DESIGNATION OF EXPERTS: **January 22, 2021**; REBUTTAL: **February 26, 2021**;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF: **April 9, 2021**

DISPOSITIVE MOTIONS **SHALL** be filed by: **May 7, 2021**;
    Opp. Due: **May 21, 2021**; Reply Due: **May 28, 2021**;
    and set for hearing no later than **June 11, 2021 at <u>10:00 AM</u>**.

PRETRIAL CONFERENCE DATE: **August 10, 2021 at <u>3:30 PM.</u>**

JURY TRIAL DATE: **August 23, 2021 at <u>8:30 AM.</u>**
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 11, 2020

_____
SUSAN ILLSTON
United States District Judge