UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS PAZ-VILLAGOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE STEP2 COMPANY, LLC,<br><br>    Defendant. | Case No. 20-cv-00606-SI<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. No. 40 |

On December 11, 2020, defendant The Step2 Company, LLC filed a Motion to Enlarge Time. Dkt. No. 40. On January 8, 2021, the Court heard arguments on the present motion. Having considered the papers submitted and parties' arguments, the Court **GRANTS** defendant's Motion to Enlarge Time and amends the pretrial schedule as follows:

    NON-EXPERT DISCOVERY CUTOFF: **April 23, 2021**

    DESIGNATION OF EXPERTS: **April 30, 2021**; REBUTTAL: **May 14, 2021**

    EXPERT DISCOVERY CUTOFF:  **May 31, 2021**

    DISPOSITIVE MOTIONS **SHALL** be filed by: **June 11, 2021**

        Opp. Due: **June 25, 2021**

        Reply Due: **July 2, 2021**

        and set for hearing no later than **July 16, 2021 at 10 AM**.

    PRETRIAL CONFERENCE DATE: **August 10, 2021 at 3:30 PM.**

    JURY TRIAL DATE: **August 23, 2021 at 8:30 AM.**

    **IT IS SO ORDERED**.

Dated: January 8, 2021

                                                            SUSAN ILLSTON
                                                            United States District Judge