UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS PAZ-VILLAGOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE STEP2 COMPANY, LLC,<br><br>Defendant. | Case No. 20-cv-00606-SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO TAKE MORE THAN TEN DEPOSITIONS**<br><br>Re: Dkt. No. 55 |

On February 3, 2021, defendant The Step2 Company LLC ("Step2") filed a motion for leave to take additional depositions pursuant to local rule 30-1 and Federal Rule of Civil Procedure 30(a)(2)(A). On March 15, 2021, the Court heard oral argument on Step2's motion.

"[A] district court has wide discretion in controlling discovery." *Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir.1988). Under Rule 26(b), a party may obtain discovery that is "relevant to any party's claim or defense and proportional to the needs of the case[.]" FED. R. CIV. P. 26(b). For the reasons stated during the March 15, 2021 hearing, the Court finds that Step2's additional depositions are proportional to the needs of the case. The additional depositions include new witnesses and medical records and relate to plaintiff's behavioral issues. Plaintiff's claims are complex and involve issues related to plaintiff's development, growth, nature of injuries, and need for lifelong assisted care. Moreover, during the hearing, Step2 indicated that it will generally take no more than one hour for each deposition.

Accordingly, the Court GRANTS Step2's motion for leave to take additional depositions pursuant to local rule 30-1 and Federal Rule of Civil Procedure 30(a)(2)(A).

**IT IS SO ORDERED**.

Dated: March 15, 2021

_____
SUSAN ILLSTON
United States District Judge