UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS PAZ-VILLAGOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE STEP2 COMPANY, LLC,<br><br>Defendant. | Case No. 20-cv-00606-SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 85, 90 |

On June 10, 2021, defendant The Step2 Company LLC ("Step2") filed a motion for partial summary judgment. Dkt. No. 85. A hearing on Step2's motion is scheduled for July 16, 2021. On June 22, 2021, Step2 filed a motion to withdraw its motion for partial summary judgment. Dkt. No. 90.

The Court GRANTS defendant's motion to withdraw motion for partial summary judgment. Defendant's motion for partial summary judgment is hereby DENIED as moot. The July 16, 2021 hearing is VACATED.

**IT IS SO ORDERED**.

Dated: June 30, 2021

_____
SUSAN ILLSTON
United States District Judge