UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS PAZ-VILLAGOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE STEP2 COMPANY, LLC,<br><br>Defendant. | Case No. 20-cv-00606-SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY HAITHAM BALLOUT**<br><br>Re: Dkt. No. 92 |

On July 9, 2021, Haitham Ballout and the firm Ballout Law (collectively "Ballout") filed a motion to withdraw as counsel for plaintiff Alexis Paz-Villagomez. Dkt. No. 92. Ballout and plaintiff agreed to Ballout's withdrawal. *Id*. at 2. Ballout waives oral argument. *Id*. Defendant The Step2 Company, LLC did not file an opposition.

Accordingly, Ballout's motion to withdraw as counsel for plaintiff Alexis Paz-Villagomez is **GRANTED**.

**IT IS SO ORDERED**.

Dated: August 4, 2021

SUSAN ILLSTON
United States District Judge