UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS PAZ-VILLAGOMEZ,

Plaintiff,

v.

THE STEP2 COMPANY, LLC,

Defendant.

Case No. 20-cv-00606-SI

**ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT GUARDIAN AD LITEM**

Re: Dkt. No. 96

On July 22, 2021, plaintiff Alexis Paz-Villagomez filed a motion to appoint guardian ad litem.  Dkt. No. 96.  Defendant does not oppose plaintiff's motion.  Dkt. No. 97.

Accordingly, plaintiff's motion to appoint guardian ad litem is **GRANTED**.

**IT IS SO ORDERED**.

Dated: August 4, 2021

_____

SUSAN ILLSTON
United States District Judge